UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>DONAVAN BALLESTEROS-PAKOOTAS,<br><br>                    Defendant. | Case No. 2:24-CR-0087-TOR-1<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER RE DISCOVERY |

BEFORE THE COURT is the United States' Motion for Protective Order Re Discovery.  ECF No. 19.

IT IS HEREBY ORDERED that:

1. The Government's Motion for a Protective Order re Discovery, ECF No. 19, is **GRANTED**.

2. The Government will provide discovery materials on an on-going basis to defense counsel;

3. Defense counsel may show to, and discuss with the Defendant, all discovery materials;

Order Granting Government's Motion for a Protective Order re Discovery - 1

4.    Defense counsel shall not provide original or copies of any discovery materials to the Defendant;

5.    Discovery materials may not be left in the Defendant's custody;

6.    Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order.

The Clerk shall enter this Order and furnish copies to counsel.

DATED July 26, 2024.



_____
THOMAS O. RICE
United States District Judge

Order Granting Government's Motion for a Protective Order re Discovery - 2